United States District Court
Northern District of California

1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6

| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.,<br><br>Defendants. | Case No.  14-cv-03929-LB   (EDL)<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |
|---|---|

By request dated July 7, 2015, counsel for Defendant Electrolux Home Products, Inc.'s requested that its client representative be excused from personally appearing at the settlement conference scheduled for July 17, 2015 because he is based on Charlotte, North Carolina.  Plaintiff does not oppose the request. Upon consideration of the request, the Court finds good cause for excusing Electrolux's client representative from personal attendance.  Therefore, it is hereby ORDERED that be available by telephone from 11:45 a.m. Pacific Standard Time until further notice on July 17, 2015.  If the court concludes that the absence of this individual is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge