1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    ALLSTATE INSURANCE COMPANY,              Case No.  14-cv-03929-LB   (EDL)
             Plaintiff,
8
          v.                                  **ORDER GRANTING REQUEST FOR
9                                             TELEPHONIC APPEARANCE AT
     ELECTROLUX HOME PRODUCTS, INC.,          SETTLEMENT CONFERENCE**
10   et al.,
11           Defendants.
12        By request dated July 14, 2015, counsel for Plaintiff Allstate Insurance Company

13   requested that its client representative be excused from personally appearing at the settlement

14   conference scheduled for July 17, 2015 because he is based on Roanoke, Virginia.  Defendant

15   does not oppose the request. Upon consideration of the request, the Court finds good cause for

16   excusing Allstate's client representative from personal attendance.  Therefore, it is hereby

17   ORDERED that the representative be available by telephone from 11:45 a.m. Pacific Standard

18   Time until further notice on July 17, 2015.  If the court concludes that the absence of this

19   individual is interfering with the settlement conference, the Court may continue the settlement

20   conference and may order personal attendance by each party.

21        **IT IS SO ORDERED.**

22   Dated: July 14, 2015
23
24                                            _Elizabeth D. Laporte_
                                              ELIZABETH D. LAPORTE
25                                            United States Magistrate Judge
26
27
28