TUCKER ELLIS LLP
Rebecca M. Biernat - SBN 198635
rebecca.biernat@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:     415.617.2400
Facsimile:      415.617.2409

Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY | Case No. 3:14-cv-03929 LB |
| Plaintiff, | United States Magistrate Judge Laurel Beeler |
| v. | **JOINT CASE MANAGEMENT STATEMENT PURSUANT TO FRCP 26(F)** ORDER |
| ELECTROLUX HOME PRODUCTS, INC. | |
| Defendant(s). | |

COME NOW PLAINTIFF ALLSTATE INSURANCE COMPANY AND DEFENDANT ELECTROLUX HOME PRODUCTS, INC. and submit the following updated JOINT CASE MANAGEMENT CONFERENCE STATEMENT pursuant to Federal Rule of Civil Procedure 26(f).

**1.   Status of Settlement Negotiations**

The parties attended a mandatory settlement conference before Magistrate Judge Elizabeth Laporte on July 17, 2015, and were unsuccessful in resolving this case.  This case is one of many dryer fire cases that Allstate has filed against Electrolux across the United States.  Allstate and Electrolux will be mediating certain cases, including this case, in Pennsylvania on August 26, 2015.   The parties' posture in mediation in this case has been to an extent dictated by these other cases, and so the parties may have more luck in resolving this case in the context of the other cases.

**2.   Discovery**

There is some discovery outstanding that was put on hold pending the mandatory settlement conference.  Specifically, Plaintiff subpoenaed service records from Sears on or about April 17, 2015, but has not yet received those records.  Defendant seeks to depose the person most knowledgeable regarding the plaintiff's damages.  The parties also agreed to stipulate to extend expert discovery until

JOINT CASE MANAGEMENT STATEMENT
2412249.1

1  August 7, 2015, or 21 days after the mandatory settlement conference.

2       That said, the parties seek to continue the discovery deadlines until after the August 26, 2015
3  mediation, and specifically to continue expert disclosures until September 18, 2015 and the discovery
4  cutoff date until October 16, 2015.

6  DATED:  July 21, 2015                          TUCKER ELLIS LLP

9                                                 By: /s/Rebecca Biernat _____
                                                      Rebecca M. Biernat
10                                                    rebecca.biernat@tuckerellis.com
                                                      Attorneys for Defendant
11                                                    ELECTROLUX HOME PRODUCTS, INC.

12 DATED:  July 21, 2015                          GROTEFELD HOFFMANN LLP

15                                                 By: /s/Amy Hammond_____
                                                      Amy Hammond
16                                                    ahammond@ghlaw-llp.com
                                                      Attorneys for Defendant
17                                                    ELECTROLUX HOME PRODUCTS, INC.

    Dated: July 24, 2015



APPROVED
Judge Laurel Beeler

2
JOINT CASE MANAGEMENT STATEMENT

2412249.1

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2015, a copy of the foregoing JOINT CASE MANAGEMENT STATEMENT was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Rebecca M. Biernat
Rebecca M. Biernat
Tucker Ellis LLP
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:  415.617.2223
Facsimile:  415.617.2409
E-mail:  rebecca.biernat@tuckerellis.com

*Attorney[s] for Defendant ELECTROLUX HOME PRODUCTS, INC.*