# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY | ) Case No. 3:14-CV-03929-LB |
| Plaintiff, | ) United States Magistrate Judge Laurel Beeler |
| v. | ) **[PROPOSED]** ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| ELECTROLUX HOME PRODUCTS, INC. | |
| Defendant. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims in this action are hereby dismissed, with prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: August 31, 2016        By: /s/ LB

Honorable Laurel Beeler
United States Magistrate Judge